UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:25-CV-81002-DMM

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
et al.,

Plaintiff,

v.

EMPIRE INSURANCE SERVICES, INC.,

Defendant.
_____/

**PROPOSED ORDER GRANTING ANDRES RIVERO'S MOTION TO STRIKE EMPIRE INSURANCE SERVICES, INC.'S ANSWERS AND AFFIRMATIVE DEFENSES**

**THIS CAUSE** is before the Court upon Andres Rivero's (the "Receiver") Motion to Strike Empire Insurance Services, Inc.'s ("Empire") Answers and Affirmative Defenses (the "Motion") [ECF No. ___].  Having considered the Motion, I find that good cause exists to grant the relief requested. It is hereby **ORDERED** as follows:

1. The Motion [ECF No. ___] is **GRANTED**.

2. Empire's affirmative defenses 1, 2, 3, 5, 7, 8, 9, 11, 12, 13, 14, 15, and 16 are stricken.

**SIGNED** in Chambers in West Palm Beach, Florida this ___ day of ___ 2025.

_____
Donald M. Middlebrooks
United States District Judge