UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:25-CV-81002-DMM

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
et al.,

Plaintiff,

v.

EMPIRE INSURANCE SERVICES, INC.,

Defendant.
_____/

**ANDRES RIVERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY IN SUPPORT OF MOTION TO STRIKE**

Andres Rivero, as the court-appointed receiver (the "Receiver") over the Receivership Defendants[1], respectfully moves for a fifteen-day extension of time to reply in support of his motion to strike defendant's answer and affirmative defenses [ECF No. 33] and states as follows:

1. This action commenced on August 13, 2025, with the filing of the Receiver's Complaint for fraudulent transfer claims against Empire arising from Florida's Uniform Fraudulent Transfer Act ("FUFTA"). *See* ECF No. 1.

2. On September 26, 2025, Empire filed its Answer and Affirmative Defenses to the Receiver's Complaint. *See* ECF No. 26.

---

[1] Wells Real Estate Investment, LLC and relief defendants Cambridge Real Estate Management, LLC, 60 Yacht Club, LLC, 112 South Olive, LLC, 791 Parkside Home, LLC, 910 Parkside, LLC, 930 Parkside, LLC, 976 Palm Beach Square, LLC, 1070 Boca Raton Square, LLC, 2082 Paradise Palm, LLC, 2295 Corporate Blvd. LLC, 4050 NW LLC, 4100 Hospital Office, LLC, 4800 Federal, LLC, 7352 Valencia, LLC, 7483 Valencia, LLC, Boca Deerfield Properties, LLC, Daybreak Home, LLC, Globe Offices, LLC, Globe Property Offices, LLC, LW Square Office, LLC, Martiniqueâ Investments, LLC a/k/a Martinique's Investments LLC, Oakland Land Property, LLC, and South Olive Office, LLC.

3. The Receiver filed his Motion to Strike Empire's Answer and Affirmative Defenses (the "Motion") on October 31, 2025. *See* ECF No. 33.

4. Empire filed their response to the Motion on November 13, 2025. *See* ECF No. 36.

5. The current deadline for the Receiver to file a reply is December 1, 2025. *See* ECF No. 38.

6. The Receiver and Empire have initiated discussions regarding a potential settlement of this case. These settlement discussions are ongoing.

7. In light of these settlement discussions, and to avoid incurring additional litigation costs, the Receiver respectfully requests an additional fifteen-day extension up to and including December 16, 2025, to file a reply in support of the Motion.

8. Receiver has conferred with Empire, and Empire does not oppose the requested extension.

9. The Receiver's request will not cause undue delay or prejudice, and good cause exists for this extension to allow the Receiver additional time to reply to in support of his Motion.

Wherefore, the Receiver respectfully requests that this Court enter the attached proposed order granting an extension of time up to and including December 16, 2025, for the Receiver to file his reply in support of his motion to strike defendant's answers and affirmative defenses, and for such other relief as the Court deems just and proper.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L. R. 7.1(a)(3), I certify that I conferred in good faith with Empire and Empire does not oppose the requested extension.

Dated: November 26, 2025

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Receiver*
2525 Ponce de Leon Blvd.
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: /s/ *Amanda Fernandez*
Amanda Fernandez
Fla. Bar No. 106931
afernandez@riveromestre.com
Jorge A. Mestre
Fla. Bar No. 88145
jmestre@riveromestre.com
Taylor Diaz
Fla. Bar No. 1040706
tdiaz@riveromestre.com

## CERTIFICATE OF SERVICE

I certify that on November 26, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

/s/ *Amanda Fernandez*
Amanda Fernandez