**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 9:25-CV-81002-DMM**

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
et al.,

Plaintiff,

v.

EMPIRE INSURANCE SERVICES, INC.,

Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Andres Rivero, as Receiver of Wells Real Estate Investment, LLC, et al., notifies the Court that he and defendant Empire Insurance Services, Inc. ("Empire"), have executed a settlement agreement (the "Settlement"), which is subject to approval by the Receivership Court. The Receiver is working on preparing a motion for approval of the Settlement, which he will file with the Receivership Court.

Accordingly, the Receiver and Empire respectfully request that the Court stay any deadlines pending Receivership Court approval of the Settlement. Upon approval, the parties will file a stipulation of voluntary dismissal with prejudice of the Receiver's claims against Empire.

Dated: April 21, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Andres Rivero*
2525 Ponce de Leon Blvd.
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: /s/ *Amanda L. Fernandez*
Amanda L. Fernandez
Fla. Bar No. 106931
afernandez@riveromestre.com
Jorge A. Mestre
Fla. Bar No. 88145
jmestre@riveromestre.com
Taylor M. Diaz
Fla. Bar No. 1040706
tdiaz@riveromestre.com

## CERTIFICATE OF SERVICE

I certify that on April 21, 2026, I electronically filed this document with the Clerk of the

Court using CM/ECF. I also certify that this document is being electronically served today on all

counsel of record through CM/ECF.

*/s/ Amanda L. Fernandez*
Amanda L. Fernandez

2