**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:25-CV-81002-DMM**

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
et al.,

Plaintiff,

v.

EMPIRE INSURANCE SERVICES, INC.,

Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, Andres Rivero, as Receiver of Wells Real Estate Investment, LLC, *et al*., and

Defendant, Empire Insurance Services, Inc. ("Empire") (collectively "parties"), pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the immediate

dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Further, the parties stipulate and agree that the United States District Court for the Southern

District of Florida retains jurisdiction to enforce the parties' settlement agreement and to resolve

any disputes arising out of or relating to the parties' settlement.

Dated: May 11, 2026

Respectfully submitted

**RIVERO MESTRE LLP**
*Counsel for Receiver*
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: /s/ *Amanda L. Fernandez*
      Amanda L. Fernandez
      Fla. Bar No. 106931
      afernandez@riveromestre.com
      Jorge A. Mestre
      Fla. Bar No. 88145
      jmestre@riveromestre.com
      Taylor Diaz
      Fla. Bar No. 1040706
      tdiaz@riveromestre.com

      and

**LIEBLER, GONZALEZ & PORTUONDO**
*Counsel for Defendant*
44 West Flagler St.,
Courthouse Tower 25th Floor
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626

By: /s/ *Michael D. Starks*
      Michael D. Starks
      Fla. Bar No. 86584
      Mds2@lgplaw.com
      Stefani R. Erazo
      Fla. Bar No. 1019199
      sre@lgplaw.com
      Andrew Kemp-Gerstel
      Fla. Bar No. 44332
      akg@lgplaw.com

## CERTIFICATE OF SERVICE

I certify that on May 11, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

/s/ *Amanda L. Fernandez*
Amanda L. Fernandez

2